IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOBILEMEDIA IDEAS, LLC,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

No. C 12-80261 WHA

**ORDER SETTING HEARING FOR PLAINTIFF'S DISCOVERY DISPUTE**

    Plaintiff filed its motion to compel on October 26, 2012. This matter has now been fully briefed. The Court **SETS** a three-hour meet-and-confer in its jury room on **MONDAY, DECEMBER 10 TO COMMENCE AT 11:00 A.M.** At **2:00 P.M.**, the Court shall hold a hearing to resolve any remaining issue(s) in Courtroom No. 8 on the 19th Floor of the federal courthouse. Please buzz chambers at 11:00 a.m. to be let into the jury room.

    Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: December 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE